Ruth Lipton, Individually and as Executrix of Conrad Lipton, Deceased, et al., Plaintiffs, *v.* Lockheed Aircraft Corporation et al., Defendants.

Supreme Court, Special Term, New York County, February 10, 1953.

*George W. Clark* for Lockheed Aircraft Corporation, defendant.

*William A. Hyman* for plaintiffs.

BENVENGA, J. Motion to dismiss the complaint is denied. The complaint is sufficient as it sets forth the substance and effect of the law of Egypt. The death action which arose as a result of a wrong committed outside the State of New York is not barred by section 130 of the Decedent Estate Law. Order signed.